UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
RUBICON FINANCE AMERICA II, LLC         §       Case No. 10-02086
                                        §
          Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          U.S. Bankruptcy Court
          DIrksen Federal Building
          219 S. Dearborn St.
          Room 713
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/28/2011 in Courtroom 742,
          United States Courthouse
          219 S. Dearborn
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: _____


*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
RUBICON FINANCE AMERICA II, LLC § Case No. 10-02086
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,014.65 |
| and approved disbursements of | $ | 78.79 |
| leaving a balance on hand of[1] | $ | 99,935.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ 8,250.73 | $ 0.00 | $ 8,250.73 |
| Attorney for Trustee Fees: David R. Brown | $ 8,029.00 | $ 0.00 | $ 8,029.00 |
| Attorney for Trustee Expenses: David R. Brown | $ 236.15 | $ 0.00 | $ 236.15 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 523.50 | $ 0.00 | $ 523.50 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 1.58 | $ 0.00 | $ 1.58 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 17,040.96 |
| Remaining Balance | $ 82,894.90 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 106,866,645.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The Bank of New York Mellon | $ 106,866,645.72 | $ 0.00 | $ 82,894.90 |
| | Total to be paid to timely general unsecured creditors | | $ | 82,894.90 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) (Page: 3)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 10-02086-CAD |
| Rubicon Finance America II, LLC | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: dpruitt | Page 1 of 1 | Date Rcvd: Jun 29, 2011 |
| | Form ID: pdf006 | Total Noticed: 14 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2011.
```
dbpos        Rubicon Finance America II, LLC,   900 N. Michigan Avenue, Suite 1400,   Chicago, IL  60611-6522
aty         +Aaron Davis,   Bryan Cave LLP,   161 N. Clark St. Ste. 4300,   Chicago, IL 60601-3430
aty         +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
aty         +Eric S. Prezant,   Bryan Cave, LLP,   161 North Clark Street,   Suite 4300,
              Chicago, IL 60601-3430
aty         +Leslie Allen Bayles,   Bryan Cave, LLP.,   161 N. Clark St.,   Suite 4300,
              Chicago, IL 60601-3430
tr          +Robert B Katz, ESQ,   Law Offices Of Robert B Katz,   53 West Jackson Blvd,   Suite 1320,
              Chicago, IL 60604-4174
15442638    +CT Corporation System,   818 West Seventh Street-Team 2,   Los Angeles, CA 90017-3407
15442636    +DLA Piper LLP,   33 Arch Street, 26th Floor,   Boston, MA 02110-1424
15442639    +Merrill Lynch, Pierce,   Fenner & Smith Inc,   Attn Debt Counsel & Adam Robinson,
              4 World Financial Center,   New York, NY 10080-1002
15442641     Rubicon Asset Management Limited,   for Rubicon America Trust,   Attn Managing Director,
              Level 2, 287-289 New South Head Road,   Edgecliff, NSW 2027
15442640    +Taberna Capital Management LLC,   450 Park Avenue,   New York, NY 10022-2605
15442637    +The Bank of New York,   Trust Company N.A.,   Attn: Global Corporate Trust Services,
              601 Travis, 16th Floor,   Houston, TX 77002-3001
15851548    +The Bank of New York,   Trust Company N A,   Attn Chris Matthews,   POB 4703,
              Houston, TX 77210-4703
16788609    +The Bank of New York Mellon,   Trust Company N.A. As Trustee,   Robert Major, Vice President,
              6525 West Campus Oval,   New Albany, OH 43054-8830
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15442635     Conyers Dill & Pearman,   Cricket Square, Hutchins Drive,   POB 2661, Grand Cayman, KYI-1111,
              Grand Cayman Island
15442634     Taberna Preferred Funding IX, Ltd,   c/o Walkers SPV Limited,   Walker House, 87 Mary Street,
              Gearge Town, Grand Kayman KYI-9002
15442633     Taberna Preferred Funding VII Ltd,   c/o Walkers SPV Limited,   Walker House, 87 Mary Street,
              Gearge Town, Grand Kayman KYI-9002
15442632     Taberna Preferred Funding VIII Ltd,   c/o Walkers SPV Limited,   Walker House, 87 Mary Street,
              Gearge Town, Grand Kayman KYI-9002
                                                                                       TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                    **Signature:** *Joseph Speetjens*