# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
RUBICON FINANCE AMERICA II, LLC   §        Case No. 10-02086
                                                §
                Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz _____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| DAVID BROWN | | | | | |
| DAVID BROWN | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | THE BANK OF NEW YORK MELLON | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 5**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 10-02086 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|
| Case Name: | RUBICON FINANCE AMERICA II, LLC | | | Date Filed (f) or Converted (c): | 01/20/10 (f) |
| | | | | 341(a) Meeting Date: | |
| For Period Ending: | 06/03/11 | | | Claims Bar Date: | 02/16/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. STOCK AND BUSINESS INTERESTS | Unknown | 100,000.00 | | 100,000.00 | FA |
|    11 Shares of Series B preffered stock in Rubicon US REIT, Inc. | | | | | |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.65 | Unknown |
| 3. ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
|    Unsecured 30-year promissory note from Rubicon Cayman Holdings in the amount of $89,000,000.00 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $100,000.00 | | $100,014.65 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel & sold Trustee's interest the in voting shares of the debtor corporation.

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 12/31/11

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-02086  -CAD | |
| Case Name: | RUBICON FINANCE AMERICA II, LLC | |

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2143  Money Market Account (Interest Earn

Taxpayer ID No: *******2954
For Period Ending: 06/03/11

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/10 | 1 | Rubicon GSA II, LLC | | 1129-000 | 100,000.00 | | 100,000.00 |
| | | C/O Aronson & Company | | | | | |
| | | 805 King Farm Blvd, Suite 300 | | | | | |
| | | Rockville, MD 20850 | | | | | |
| 11/30/10 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.86 | | 100,002.86 |
| 12/31/10 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 4.25 | | 100,007.11 |
| 01/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 4.25 | | 100,011.36 |
| 02/04/11 | 000101 | International Sureties, Ltd. | Bond # 016026455 | 2300-000 | | 78.79 | 99,932.57 |
| | | Suite 420 | Chapter 7 Blanket Bond Illinois | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.77 | | 99,933.34 |
| 03/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.85 | | 99,934.19 |
| 04/29/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.81 | | 99,935.00 |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.86 | | 99,935.86 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 100,014.65 | 78.79 | 99,935.86 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 100,014.65 | 78.79 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 100,014.65 | 78.79 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********2143 | 100,014.65 | 78.79 | 99,935.86 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 100,014.65 | 78.79 | 99,935.86 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   100,014.65   78.79

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 10-02086  -CAD | Trustee Name: | Robert B. Katz |
| Case Name: | RUBICON FINANCE AMERICA II, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2143  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2954 | | |
| For Period Ending: | 06/03/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********2143

/s/    Robert B. Katz

Trustee's Signature: _____  Date: 06/03/11
                    ROBERT B. KATZ

Page Subtotals              0.00              0.00

Ver: 16.02b